IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAWRENCE COLLINS,** | 1:04-CV-6601-OWW WMW P |
| Plaintiff, | **ORDER** |
| v. | |
| **C/O PEREZ,** | |
| Defendant. | |

On December 29, 2005, Deputy Attorney General, Kelli M. Hammond, sought an extension of time of 30 days, to and including January 29, 2006, to file a responsive pleading. Good cause appearing, the request is granted.

IT IS SO ORDERED.

**Dated:   January 5, 2006**                    /s/  **William M. Wunderlich**
mmkd34                                          UNITED STATES MAGISTRATE JUDGE

[Proposed] Order