IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE COLLINS,

    Plaintiff,　　　　　　　　　　CV F 04 6601 OWW WMW  P

  vs.　　　　　　　　　　　　　　　ORDER RE MOTION (DOC 20 )

R. PEREZ,

    Defendant.

    Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for summary judgment.

    Though plaintiff titles his motion as one for summary judgment, plaintiff's two page motion is a request the defendant Perez be compelled to respond to the complaint. Subsequent to plaintiff's motion, defendant Perez appeared by answer to the complaint. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is denied as moot.

IT IS SO ORDERED.

**Dated:**   **April 10, 2006**　　　　　　　/s/  **William M. Wunderlich**
mmkd34　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1