IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE COLLINS,

    Plaintiff,

vs.

R. PEREZ, et al.,

    Defendants.

CV F 04 6601 OWW WMW   P

ORDER RE MOTION (DOC 29 )

Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for discovery.  In his motion, Plaintiff refers to discovery in general, and discusses general legal principles of discovery.  Plaintiff does not, however, specifically refer to any discovery propounded upon by Defendant Perez, the sole defendant in this action.  Nor does Plaintiff attach the discovery and the objections asserted by Defendant.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for discovery is denied.

IT IS SO ORDERED.

**Dated:**   December 18, 2006           /s/  **William M. Wunderlich**
mmkd34                       UNITED STATES MAGISTRATE JUDGE

1