IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE COLLINS,

    Plaintiff,                      CV F 04 6601 OWW WMW   P

  vs.                                ORDER RE MOTION (DOC 33)

C/O PEREZ,

    Defendant.

Defendant Perez has filed a motion for extension of time in which to file a motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that Defendant Perez is granted an extension of time to January 5, 2007, in which to file a motion for summary judgment.

IT IS SO ORDERED.

**Dated:   December 21, 2006**         /s/  **William M. Wunderlich**
j14hj0                                     UNITED STATES MAGISTRATE JUDGE