IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE COLLINS,

       Plaintiff,                          CV F 04 6601 OWW WMW   P

  vs.                                    ORDER RE MOTION (DOC 27)

C/O PEREZ,

       Defendant.

Defendant Perez has requested an extension of time to January 22, 2007, in which to file a motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that Defendant's request is granted. The motion for summary judgment filed on January 22, 2007, is timely filed.

IT IS SO ORDERED.

**Dated:   January 23, 2007**             /s/  **William M. Wunderlich**
j14hj0                                          UNITED STATES MAGISTRATE JUDGE