IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE COLLINS,

    Plaintiff,                               CV F 04 6601 OWW WMW   P

   vs.                                     ORDER RE MOTION (DOC 31 )

R. PEREZ,

    Defendant.

        Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for discovery filed on October 23, 2006.  Plaintiff's motion consists of several pages of legal argument, along with a copy of his complaint.  Plaintiff does not refer to any discovery propounded upon Defendant.  Nor does Plaintiff attach a copy of the discovery at issue, along with the objections asserted by Defendant.

        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for discovery is denied.

IT IS SO ORDERED.

**Dated:**    **January 29, 2007**           /s/  **William M. Wunderlich**
mmkd34                      UNITED STATES MAGISTRATE JUDGEIT IS SO ORDERED.

1

1  **Dated:**   **January 29, 2007**          /s/  **William M. Wunderlich**
   j14hj0                                              UNITED STATES MAGISTRATE JUDGE