UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE COLLINS, | ) | 1:04-CV-06601-OWW-WMW-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE RESPONSE TO MOTION |
| v. | ) | FOR SUMMARY JUDGMENT |
| | ) | |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) | (Doc. 45) |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 5, 2007, plaintiff filed a motion for an extension of time to file a response to the motion for summary judgment filed by defendants on January 22, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a response to defendants' motion for summary judgment.

IT IS SO ORDERED.

**Dated:   March 16, 2007**         /s/  William M. Wunderlich
j14hj0                              UNITED STATES MAGISTRATE JUDGE