IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


LAWRENCE COLLINS,

      Plaintiff,                   CV F 04 6601 OWW WMW

   vs.                           ORDER


C/O R. PEREZ,

      Defendant.


      On March 16, 2007, Plaintiff was granted an extension of time to file opposition to the motion for summary judgment.  On April 19, 2007, Plaintiff lodged with the court a first amended complaint.  Attached to the first amended complaint are several exhibits.

      Plaintiff has not been granted leave to file a first amended complaint.  An earlier scheduling order set the deadline to amend pleadings at November 20, 2006.  The court will therefore not consider the first amended complaint lodged with the court on April 19, 2007.  The Clerk will return the exhibits to Plaintiff, should he desire to use them to oppose Defendant's motion for summary judgment.

      Accordingly, IT IS HEREBY ORDERED that the Clerk shall return to Plaintiff the exhibits attached to the first amended complaint lodged with the court on April 19, 2007. IT IS FURTHER ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file opposition to the motion for summary judgment.

1

1

2

3

4   IT IS SO ORDERED.

5   **Dated:    April 24, 2007**                    _____/s/  William M. Wunderlich_____
                                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26