UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE COLLINS, | ) | 1:04-CV-6601 OWW WMW (PC) |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| R. PEREZ, | ) | |
| Defendants. | ) | (DOCUMENT #50) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 17, 2007, plaintiff filed a motion to extend time to a response to defendant's motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a response to defendant's motion for summary judgment.

IT IS SO ORDERED.

**Dated:    June 13, 2007**               /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE