IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE COLLINS,

        Plaintiff,        CV F 04 6601 OWW WMW P

  vs.                            ORDER RE MOTIONS (DOCS 41, 43)

R. PEREZ,

        Defendant.

        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Plaintiff's motion to set a telephonic conference and a motion to transfer this action to another district.

        Plaintiff is in custody and proceeding pro se. Pursuant to Local Rule 78-230(m), unless otherwise ordered by the court, all matters except trial will be resolved on the pleadings. Defendants have filed a motion for summary judgment, and Plaintiff's opposition is due on July 17, 2007. That matter will be decided on the pleadings. The request for a telephonic conference is therefore denied.

        Plaintiff seeks transfer of this action to another district. Venue in this matter is proper, as Plaintiff is challenging the conduct of Defendant Perez, an employee of the Department of Corrections at Corcoran State Prison. The conduct at issue in this lawsuit occurred at Corcoran State Prison. This case is properly in this Court pursuant to

1 the federal venue statute.  28 U.S.C.  §  1391(b).

2    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a

3 telephonic conference and motion to transfer are denied.

8 IT IS SO ORDERED.

9 Dated:   July 2, 2007          /s/  William M. Wunderlich
                UNITED STATES MAGISTRATE JUDGE