IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE COLLINS,<br><br>    Plaintiff,<br><br>vs.<br><br>R. PEREZ, et al.,<br><br>    Defendants.<br>_____/ | 1:04-cv-06601-OWW-WMW (PC)<br><br>ORDER GRANTING MOTION<br>TO EXTEND TIME<br><br>(DOCUMENT #54) |

     Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 11, 2007, plaintiff filed a document which the court construes as a motion to extend time to file a response to the pending motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

     Plaintiff is granted thirty (30) days from the date of service of this order in which to respond to the motion for summary judgment.

IT IS SO ORDERED.

**Dated:**   **August 22, 2007**                 /s/  William M. Wunderlich
                                                       UNITED STATES MAGISTRATE JUDGE