IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE COLLINS, | 1:04-cv-06601 OWW WMW (PC) |
|     Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME |
| vs. | (DOCUMENT #56) |
| R. PEREZ, et al., | THIRTY DAY DEADLINE |
|     Defendants. | |
| _____/ | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On September 25, 2007,  plaintiff filed a motion to extend time to file a response to the pending motion for summary judgment.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to motion for summary judgment.

IT IS SO ORDERED.

**Dated:     October 17, 2007**           /s/  William M. Wunderlich
                                                                                        UNITED STATES MAGISTRATE JUDGE