IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE COLLINS, | 1:04-cv-6601 OWW WMW (PC) |
|     Plaintiff, | ORDER GRANTING THIRD MOTION TO EXTEND TIME TO FILE RESPONSE |
|     vs. | TO MOTION FOR SUMMARY JUDGMENT |
| R. PEREZ, et al., | (DOCUMENT #58) |
|     Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 5, 2007, plaintiff filed a motion to extend time to file a response to the pending motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to motion for summary judgment.

IT IS SO ORDERED.

**Dated:   November 26, 2007**          /s/  William M. Wunderlich
                                                                       UNITED STATES MAGISTRATE JUDGE