IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE COLLINS,

        Plaintiff,        CV F 04 6601 OWW WMW PC

    vs.                   ORDER RE MOTION (DOC 62)

R. PEREZ, et al.,

        Defendants.

    Plaintiff has requested an extension of time in which to file objections to the findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time to March 28, 2008, in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:   March 4, 2008**             /s/ William M. Wunderlich
                                             UNITED STATES MAGISTRATE JUDGE