IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE COLLINS,

    Plaintiff,                      CV F 04 6601 OWW WMW PC

vs.                                  ORDER RE: FINDINGS & RECOMMENDATIONS (#61)

R. PEREZ,

    Defendant.

       Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On February 14, 2008, findings and recommendations were entered, recommending that Defendant's motion for summary judgment be granted. Plaintiff was provided an opportunity to file objections. On March 25, 2008, Plaintiff filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1  Accordingly, THE COURT HEREBY ORDERS that:

2  1. The Findings and Recommendations issued by the Magistrate Judge on
3  February 14, 2008, are adopted in full; and
4  2. Defendant's motion for summary judgment is granted. Judgment is entered in
5  favor of Defendant and against Plaintiff. The Clerk is directed to close this case.
6  IT IS SO ORDERED.

7  **Dated:   March 27, 2008**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

2